# Court of Appeals
# of the State of Georgia

ATLANTA,  December 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0877.  PATRICK LAMAR MACK v. THE STATE.**

In 2010, Patrick Lamar Mack was convicted of rape and other crimes. In 2013, he filed a motion for new trial, and in 2017, the trial court denied the motion. Mack appeals, but we lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment.  OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Although the filing of a motion for new trial generally extends the deadline for filing a notice of appeal, see OCGA § 5-6-38 (a), an untimely motion for a new trial is void and does not extend the time for filing an appeal. *Wicks v. State*, 277 Ga. 121, 121-122 (587 SE2d 21) (2003).  To be timely, a motion for a new trial must be made "within 30 days of the entry of the judgment on the verdict." OCGA § 5-5-40 (a).[1]

Mack's motion for a new trial, filed years after entry of his judgment of conviction, was untimely and did not extend the time for filing a notice of appeal. See *Wicks*, 277 Ga. at 121-122. Under these circumstances, Mack's appeal is untimely and is therefore DISMISSED for lack of jurisdiction. See *Peters v. State*, 237 Ga. App. 625, 625 (516 SE2d 331) (1999).

---

[1] A defendant may obtain permission from the trial court to file an out-of-time motion for new trial, the denial of which may be appealed directly. See *Washington v. State*, 276 Ga. 655, 656 (1) (581 SE2d 518) (2003). Here, however, the record does not show that Mack sought permission to file an out-of-time motion.

To the extent that Mack's right to appeal has been frustrated by errors of counsel, he may be entitled to an out-of-time appeal. See *Rowland,* 264 Ga. at 875-876 (2). He therefore is informed of the following in accordance with *Rowland:* This appeal has been dismissed because you failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal. The clerk of court is DIRECTED to send a copy of this order to Mack as well as to Mack's attorney, who is also DIRECTED to send a copy to Mack.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*